**FILED**
November 4, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v.  ) <br> ) <br> BRADLEY BERGQUIST,  ) <br> ) <br> Defendant.  ) | Case No. 2:13-mj-00340-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release BRADLEY BERGQUIST, Case No. 2:13-mj-00340-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00

    _X_   Co-Signed Unsecured Appearance Bond

    ____   Secured Appearance Bond

    _X_   (Other) Conditions as stated on the record.

    _X_   (Other) The Defendant is ordered to appear in the Western District of Michigan on 11/12/2013 at 2:00 p.m.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 11/4/2013 at 2:32 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge